FILED 2007 OCT 17 PM 3:07

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES LEROY TWYMAN,<br> aka "Lee,"<br><br>    Defendant. | CR 07- **07-01163**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about July 27, 2006, in San Bernardino County, within the Central District of California, defendant CHARLES LEROY TWYMAN, aka "Lee," knowingly possessed a loaded firearm, namely, a Uberti Maverick .357 magnum pistol bearing serial number 262, and ammunition, namely, ten rounds of Remington-Peters .357 magnum ammunition, in and affecting interstate and foreign commerce. Such possession occurred after defendant CHARLES LEROY TWYMAN had been convicted of a felony punishable by a term of imprisonment exceeding one year, namely, Possession of Cocaine

for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court of California, County of Los Angeles, Case Number YA001555, on or about January 11, 1991.

A TRUE BILL

/S/
_____
FOREPERSON

THOMAS P. O'BRIEN
United States Attorney

*/s/ Christine Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

BONNIE L. HOBBS
Assistant United States Attorney
Violent and Organized Crime Section